UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE: Rella M. Dodd a/k/a Rella Dodd

*Debtor(s),*

Chapter 13

Case No.  11-41884

Judge Timothy A. Barnes

## NOTICE OF MOTION

TO:  SEE ATTACHED ADDRESSES

PLEASE TAKE NOTICE THAT ON December 3, 2015 at 9:30 AM or as soon thereafter as counsel may be heard, I shall appear before the Honorable Timothy A. Barnes, U.S. Bankruptcy Judge, 219 S. Dearborn Street, Chicago, Illinois, room 123 Room 744, and shall then and there present the attached Motion and at which time you may appear if you so desire.

## CERTIFICATION

I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on November 20, 2015 with proper postage prepaid.

*THESE DOCUMENTS ARE AN
ATTEMPT TO COLLECT A DEBT AND
ANY INFORMATION OBTAINED
WILL BE USED FOR THAT PURPOSE*

Pierce & Associates, P.C.
/s/ Toni Townsend
Toni Townsend
ARDC# 6289370
1 N. Dearborn St. Suite 1300
Chicago, IL 60602
(312) 346-9088

Pierce File No. 251674-10554

## NOTICE OF MOTION ADDRESSES

To Trustee:
Marilyn O. Marshall
224 South Michigan
Suite 800
Chicago, IL 60604
**by Electronic Notice through ECF**


To Debtor:
Rella M. Dodd
1111 Memorial Dr.
Calumet City, IL 60409
**by U.S. Mail**


To Attorney:
Geraci Law L.L.C.
55 E Monroe St Suite #3400
Chicago, IL 60603
**by Electronic Notice through ECF**


Pierce & Associates, P.C.
Attorney For: Creditor
1 N. Dearborn St. Suite 1300
Chicago, IL 60602
(312) 346-9088

251674-10554

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: Rella M. Dodd a/k/a Rella Dodd  *Debtor(s)*, | Chapter 13  Case No.  11-41884  Judge Timothy A. Barnes |

### MOTION TO EXTEND TIME TO RESPOND

NOW COMES JPMorgan Chase Bank National Association as servicing agent for U.S. Bank National Association as Trustee successor in interest to Bank of America, National Association as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-BNC2 by and through its attorneys Pierce & Associates, PC, requesting an extension of time to respond to the Trustee Notice of Final Cure, stating as follows:

1. On October 14, 2011 the above captioned Bankruptcy Petition was filed.

2. JPMorgan Chase National Association services the first mortgage lien on the property located at 1111 Memorial Drive, Calumet City, Illinois.

3. On April 06, 2012 JPMorgan Chase Bank National Association filed its proof of claim, indicating that the pre-petition arrears amount was $10,974.33.

4. On October 30, 2014 the Chapter 13 Trustee filed its Notice of Final Cure Payment, stating that the allowed amount of the claim had been paid, as per FRBP 3002.1(f)

5. Pursuant to FRBP 3002.1(g) JPMorgan Chase Bank National Association must file its response no later than November 20, 2015.

6.  However, this particular loan is under-going an internal audit and JPMorgan Chase Bank National Association requests an extension of time to gather the required records in order to respond to the Notice of Final Cure Payment.

WHEREFORE JPMorgan Chase Bank National Association as servicing agent for U.S. Bank National Association as Trustee successor in interest to Bank of America, National Association as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-BNC2 prays for an extension of time to file a response to the Notice of Final Cure Payment and for such further relief as this Honorable Court deems just.

    Respectfully Submitted,
JPMorgan Chase Bank National Association as servicing agent for U.S. Bank National Association as Trustee successor in interest to Bank of America, National Association as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-BNC2

By: /s/Toni Townsend
Toni Townsend
ARDC# 6289370
Attorney for Plaintiff

Pierce & Associates, P.C.
Attorney for Plaintiff
1 N. Dearborn St. Suite 1300
Chicago, IL 60602
Ph. (312) 346-9088
File No. 251674